(No. 75-CC-682–■)

LEWIS & CLARK COMMUNITY COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed April 14, 1975.*

LEWIS & CLARK COMMUNITY COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.